**Order entered August 8, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00257-CR

**ALI L. GHANBARI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81974-2013**

## ORDER

Before the Court is the State's July 25, 2018 motion for leave to exceed the word count limit in its brief. We **GRANT** the motion and **ORDER** the State's brief received by the Court on July 25 filed as of the date of this order.

/s/     CRAIG STODDART
JUSTICE